ARMSTRONG MANUFACTURING COMPANY, Respondent, *v.* FRANCIS J. C. FERRIS, Appellant.

THIS case presented the same question, and was argued and decided with *N. H. W. Co.* v. *Ferris* (*ante,* p. 641).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN GILLIAN, Appellant.

(Argued June 3, 1889; decided June 18, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of October, 1888, which affirmed a judgment of the Court of Sessions of Niagara county, entered upon a verdict convicting the defendant of the crime of blackmail.

*Richard Crowley* for appellant.

*D. E. Brong* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.